## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS

|  |  |
|---|---|
| **BOBBIE BOATWRIGHT,** | ) ) ) **Case No.:** ) ) **4:21-cv-00562-DPM** |
| **Plaintiff.** |  |
| **v.** | ) ) ) |
| **INTEGRITY ADMIN GROUP INC,** | ) ) |
| **Defendant.** | ) ) ) |

### NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: August 31, 2021          By: */s/ Amy L. B. Ginsburg*
                                            Amy L. B. Ginsburg, Esquire
                                            Kimmel & Silverman, P.C.
                                            30 E. Butler Pike
                                            Ambler, PA 19002
                                            Phone: (215) 540-8888
                                            Fax: (877) 788-2864
                                            Email: aginsburg@creditlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I, Amy L. B. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Christopher Meier Esq.
Greenspoon Marder Law
700 100 W Cypress Crk Road
Fort Lauderdale FL 33309
954-491-1120
Christopher.Meier@gmlaw.com

Dated: August 31, 2021          By: */s/ Amy L. B. Ginsburg*
                                Amy L. B. Ginsburg, Esquire
                                Kimmel & Silverman, P.C.
                                30 E. Butler Pike
                                Ambler, PA 19002
                                Phone: (215) 540-8888
                                Fax: (877) 788-2864
                                Email: aginsburg@creditlaw.com