IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BOBBIE BOATWRIGHT                                                    PLAINTIFF

v.                              No. 4:21-cv-562-DPM

INTEGRITY ADMIN GROUP, INC.                                         DEFENDANT

## JUDGMENT

Boatwright's complaint is dismissed with prejudice. The Court retains jurisdiction until 1 December 2021 to enforce the parties' settlement.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 August 2021